IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:18CR215 |
| Plaintiff, | **MOTION TO WITHDRAW** |
| vs. | |
| JAMES MAYNARD, | |
| Defendant. | |

The Office of the Federal Public Defender for the District of Nebraska was appointed in this case pursuant to General Order No. 2023-09. The Federal Public Defender's Office has reviewed the Presentence Investigation Report and other relevant documents in this case and has determined that Amended 821 of the United States Sentencing Guidelines does not provide any sentencing relief to the Defendant. Specifically, the Defendant is a career offender and remains in criminal history category VI. Therefore, no relief is allowed under Amendment 821 because the guideline range remains unchanged and no status points were assessed.

For the foregoing reasons, the Office of the Federal Public Defender respectfully requests that it be allowed to withdraw from representation of the Defendant in this case.

Respectfully submitted,

JAMES MAYNARD, Defendant,

By:     s/ David R. Stickman
       DAVID R. STICKMAN
       **Federal Public Defender**
       222 South 15th Street, Suite 300N
       Omaha, NE 68102
       (402) 221-7896
       fax: (402) 221-7884
       e-mail: david_stickman@fd.org